**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
RAFAEL SANCHEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             PLAINTIFF,<br><br>RAFAEL SANCHEZ,<br>             DEFENDANT. | Case No.: 10-CR-00039 AWI<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY I. ISHII AND JASON HITT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAFAEL SANCHEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for June13, 2011 be vacated.

This is a mutual request between Assistant United States Attorney, Jason Hitt and is joined by counsel. A plea agreement has been signed by Mr. Sanchez and has been forwarded to the United States Attorney's Office. A request is hereby made to set the matter for a change of plea hearing on June 27, 2011.

//

1     Based upon the foregoing, I respectfully request that this matter be vacated.

2     The parties also agree that the delay resulting from the continuance shall be excluded in
3 the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

6   Dated: June 8, 2011       /s/ David A. Torres
                                      DAVID A. TORRES
7                                       Attorney for Defendant
                                      RAFAEL SANCHEZ

10                                    BENJAMIN B. WAGNER
                                   United States Attorney

11 Dated: June 8, 2011       By /s/Jason Hitt
12                                    JASON HITT
                                   Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

Dated:   June 8, 2011                                             /s/ signature
                                                                  CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Vacate Hearing  3